UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Bradley D. Gardner (SBN: 011211)
bdg@udallshumway.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Gardner,<br><br>                    Plaintiff,<br><br>v.<br><br>Health Net Access, Inc., a corporation and subsidiary of Health Net, LLC; and Health Net, LLC, a limited liability company,<br><br>                    Defendants. | Case No.:<br><br>**COMPLAINT** |

Plaintiff Deborah Gardner ("Plaintiff"), through undersigned counsel, alleges the following facts and claims against Defendants Health Net Access, Inc. and Health Net, LLC (collectively "Defendants").

### PRELIMINARY STATEMENT

1.      This action seeks relief for Defendants failure and refusal to comply with its claims procedures in violation of Employee Retirement Income Security Act (ERISA) and federal law.

### JURISDICTION

2.      Venue is proper within the District of Arizona pursuant to 29 U.S.C.A. § 1132(e)(2) because some of the acts complained of have occurred within this District.

/ / /

**PARTIES**

3.      Plaintiff is and at all times relevant hereto a resident of Maricopa County, Arizona.

4.      Defendant Health Net Access, Inc. is a domestic, for-profit corporation with its principal place of business located in Maricopa County, Arizona.

5.      Defendant Health Net Access, Inc. is a life insurance company providing health care plans and services throughout the United States of America.

6.      Defendant Health Net, LLC, is a foreign limited liability company with its headquarters located in Woodland Hills, Los Angeles, California.

7.      Defendant Health Net, LLC is a life insurance company providing health care plans and services throughout the United States of America.

8.      At all times relevant hereto, Health Net, LLC is the parent company of its Arizona network provider, Health Net Access, Inc., created for the purpose of conducting business within the State of Arizona.

9.      At all times relevant hereto Plaintiff is a member of Defendant.

**FACTS**

10.      On November 24, 2018, Plaintiff went to Cabo San Lucas, Mexico for a week-long vacation.

11.      Unexpectedly, from on or around November 25 through November 29, 2018, Plaintiff was hospitalized due to severe illness.

12. Due to Plaintiff being in a foreign country, Plaintiff's medical insurance was not accepted. Therefore, Plaintiff had to pay for her medical expenses out-of-pocket.

13. Upon Plaintiff's return from her vacation she attempted to seek reimbursement of her medical expenses from Defendants.

14. From December 13, 2018 through August 23, 2019, Plaintiff sent multiple demand letters to Defendants claims division located at P.O. Box 14621, Lexington, KY 40512, as well as to Defendants claims division email address of hnza_account_services@healthnet.com.

15. Plaintiff has received no substantive response from Defendants on her claims.

16. To date Defendants have ignored the Plaintiff's demand for reimbursement.

17. Defendants are obligated to pay claims within forty-five (45) days, or deny within thirty (30) days of receipt of a patient filing a claim.

18. Defendants failed to provide and/or follow a reasonable claims procedure that would yield a decision on the merits of the claim and therefore waived its rights.

19. As a beneficiary of her patient plan, Plaintiff has the right to sue for benefits due under her plan.

20. ERISA § 502(a)(1)(B) provides participants and beneficiaries a cause of action against plans for the denial of benefits or rights under an ERISA plan.

21.    ERISA allows participants and beneficiaries to enforce plan terms and to require that plan administrators meet their duties to provide benefits in accordance with the plan.

22.    Plaintiff is entitled to recovery of her medical expenses under terms of the plan.

**WHEREFORE**, Plaintiff is entitled to judgement in her favor and against Defendants Health Net Access, Inc. and Health Net, LLC for the following relief:

A.    A finding by the court that the Defendant Health Net Access, Inc. has not timely accepted or requested additional time to process the claims as presented;

B.    A finding by the court that the Defendant Health Net, LLC has not timely accepted or requested additional time to process the claims as presented;

C.    A finding that that the Defendant Health Net Access, Inc. has shown a failure to implement and follow a reasonable claims procedure for the Plaintiff and others and has therefore waived any further rights to object to the claims submitted;

D.    A finding that that the Defendant Health Net, LLC has shown a failure to implement and follow a reasonable claims procedure for the Plaintiff and others and has therefore waived any further rights to object to the claims submitted;

E.    For an award to Plaintiff of judgment for the full amount of her medical expenses her medical expenses;

F.    For reasonable attorney's fees and court costs under ERISA; and

G.    For such other and further relief as the court may deem just and equitable.

/ / /

4

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure 38, Plaintiff demands a trial by the Court.

**DATED:** July 15, 2020.

**UDALL SHUMWAY PLC**

By: */s/ Bradley D. Gardner*
 Bradley D. Gardner, Esq.
 1138 North Alma School Road, Suite 101
 Mesa, Arizona 85201
 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this July 15, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System.

By: */s/ Alyssa Quijano*
5761024.1/11461.2