## EXHIBIT A

Udall Shumway PLC
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201

Bradley D. Gardner (SBN: 011211)
bdg@udallshumway.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Gardner,<br><br>             Plaintiff,<br><br>v.<br><br>Health Net Access, Inc., a corporation and subsidiary of Health Net, LLC; and Health Net, LLC, a limited liability company,<br><br>             Defendants. | No. 2:20-cv-01403-GMS<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action with prejudice.

FOR EXECUTION

Dated this  29th  day of September, 2020

                                       **UDALL SHUMWAY, PLC**

                                       By: /s/ Bradley D. Gardner
                                       Bradley D. Gardner, Esq.
                                       1138 North Alma School Road, Suite 101
                                       Mesa, Arizona, 85201
                                       *Attorney for Plaintiff*